|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| CENTRAL DISTRICT OF CALIFORNIA | |
| EASTERN DIVISION | |
| ALFRED L. BROOKS,<br><br>        Petitioner,<br><br>     v.<br><br>D. BORDERS,<br><br>        Respondent. | No. ED CV 17-2535-RGK (DFM)<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

///
///
///
///

IT IS THEREFORE ORDERED that Judgment be entered summarily denying the Petition.

Dated: October 17, 2018

_____
R. GARY KLAUSNER
United States District Judge