JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ALFRED L. BROOKS, | No. ED CV 17-02535-RGK (DFM) |
| Petitioner, | JUDGMENT |
| v. | |
| D. BORDERS, | |
| Respondent. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is summarily denied and this action dismissed with prejudice.

Dated: October 17, 2018

_____
R. GARY KLAUSNER
United States District Judge